FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-2726
_____

BRENT MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

June 12, 2019

PER CURIAM.

This is an appeal from an order that was the subject of a prior appeal in case number 1D17-3773, which resulted in an affirmance without opinion. *Miller v. State*, 1D17-3773, 2019 WL 764218 (Fla. 1st DCA Feb. 21, 2019) (table). Since Appellant is not entitled to a second review of the same order, this duplicative appeal is dismissed.

DISMISSED.

RAY, BILBREY, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Brent Miller, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.